[No. 25648–3–I.   Division One.   July 22, 1991.]

FISHER PROPERTIES, INC., *Appellant,* v. PAY'N SAVE DRUG STORES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89–2–20830–0, Arthur E. Piehler, J., entered February 9, 1990. *Reversed in part* by unpublished opinion per Forrest, J., concurred in by Scholfield and Baker, JJ.

[No. 25670–0–I.   Division One.   July 22, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. JAIME PIDERE IBANEZ, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01610–9, Warren Chan, J., entered January 25, 1990. *Reversed* by unpublished opinion per Baker, J., concurred in by Pekelis and Kennedy, JJ. Now published in 62 Wn. App.

[No. 25399–9–I.   Division One.   July 22, 1991.]

DAVID A. LEEN, *Respondent,* v. CHRIS DEMOPOLIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–2–20528–1, John M. Darrah, J., entered December 19, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Kennedy, J. Now published in 62 Wn. App.